**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Eddie Golikov<br><br>v.<br><br>Walmart Inc.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cv-08211 RGK(MARx)<br><br>**ORDER RE TRANSFER**<br>**(RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____                    _____
Date                                                                          United States District Judge

**TRANSFER ORDER DECLINED**

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

See attached.

_____

_____

_____

October 11, 2024                                                        /s/ Fernando M. Olguin
Date                                                                              United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:24-cv-08144 FMO(PVCx)   and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or

☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:   ☐ *Previous Judge*      ☐ *Statistics Clerk*

CV-34 (06/23)                                                        ORDER RE TRANSFER (Related Cases)

Attachment to Form CV-34A
**Edie Golikov v. Walmart Inc.**
Case No. CV 24-8211 RGK (MARx)

     Case No. CV 24-8211 RGK (MARx) and Case No. CV 24-81443 FMO (PVCx) do not appear to be closely related, nor do they call for the determination of substantially similar or related questions of law or fact. The cases involve different products and defendants, <u>i.e.</u>, the factual circumstances and defenses will necessarily be different.