Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
Heather F. Canner (SBN 292837)
  *heathercanner@dwt.com*
Joseph Elie-Meyers (SBN 325183)
  *josepheliemeyers@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Counsel for Defendant
Walmart Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>Defendant. | Case No. 2:24-cv-08211-RGK-MAR<br><br>**WALMART INC.'S OBJECTIONS TO DECLARATION OF RICHARD LYON (ECF 36-3)**<br><br>Date:       February 10, 2025<br>Time:      9:00 am<br>Location: Courtroom 850<br><br>[*Opposition; Declaration of Jacob M. Harper; Declaration of Walmart's Avocado Oil Supplier; Objection to Declaration of Thomas Maronick; and Proposed Order filed concurrently*]<br><br>Assigned to the Hon. R. Gary Klausner<br>Dept.: Courtroom 850<br><br>Compl. filed:       September 24, 2024 |

OBJECTIONS TO LYON DECL.

Richard Lyon, counsel of record for plaintiff Edie Golikov, includes a declaration purporting to authenticate, support, and explain factual matters relating to a two-page report purporting to show adulteration of a sample of avocado oil. Walmart objects to Mr. Lyon's inadmissible testimony, including because (a) Mr. Lyon does not testify that he is a scientist or otherwise qualified to issue expert opinions, yet offers hearsay testimony about testing results (*e.g.*, *Angulo v. Providence Health & Servs. – Wash.*, 2024 WL 3744258, at *9 (W.D. Wash. Aug. 9, 2024) (declining to consider counsel's testimony, who "is not a medical professional and thus cannot provide expert testimony")); (b) his third-party testing results themselves are unauthenticated, unreliable, and provide no information about interpreting them (*e.g.*, *Watts v. Allstate Indem. Co.*, 2013 WL 210059, at *12 (E.D. Cal. Jan. 17, 2013) (excluding expert testimony "presentation of her methodology")); and (c) he is not an economist or otherwise qualified to opine on relevant values of cooking oils.  (*Angulo*, 2024 WL 3744258, at *9).  Walmart respectfully requests that the Court sustain its Objections to Mr. Lyon's Declaration, and his purported evidence in support.

## I. WALMART OBJECTS TO MR. LYON'S DECLARATION

| Purported Evidence at Issue | Grounds for Objection | Ruling |
|---|---|---|
| Lyon Decl. ¶ 2 (price comparison between Avocado Oil and Vegetable Oil on 12/18/24) | Relevance (FRE 401, 402, 403); Foundation (FRE 602); Vague (FRE 403); lacks personal knowledge to authenticate (FRE 901);<br><br>Mr. Lyon does not testify he is an economist or otherwise qualified to opine on the relevant value of cooking oil products, and he does not provide any evidence that Avocado Oil is an appropriate comparison for Vegetable Oil. | ____ Sustained<br>____ Overruled |
| Lyon Decl. ¶ 15 (summary of | Relevance (FRE 401, 402, 403); Foundation (FRE 602); Hearsay | ____ Sustained<br>____ Overruled |

2

| | | |
|---|---|---|
| laboratory testing results) | (FRE 802); Vague (FRE 403); lacks personal knowledge to authenticate (FRE 901); improper opinion testimony (FRE 701).<br><br>Mr. Lyon, who does not testify that he is a scientist or otherwise qualified to issue such expert opinions, offers hearsay testimony about third-party testing results. | |
| Lyon Decl., Exs. 2 & 3 (screenshots of "Great Value Avocado Oil – 25.5 fl. oz." and "Great Value Vegetable Oil – 48 fl. oz.," respectively) | Relevance (FRE 401, 402, 403); Foundation (FRE 602); Vague (FRE 403); lacks personal knowledge to authenticate (FRE 901).<br><br>Mr. Lyon does not testify he is an economist or otherwise qualified to opine on the relevant value of cooking oil products, and he does not provide any evidence that Avocado Oil is an appropriate comparison for Vegetable Oil. | ____ Sustained<br>____ Overruled |
| Lyon Decl., Ex. 11 (laboratory testing) | Relevance (FRE 401, 402, 403); Foundation (FRE 602); Hearsay (FRE 802); Vague (FRE 403); lacks personal knowledge to authenticate (FRE 901); improper opinion testimony (FRE 701).<br><br>Mr. Lyon's third-party testing results are not authenticated, unreliable, and provide no information about how to interpret them, including, *e.g.*, methodology applied, relevant control variables, testing conditions. | ____ Sustained<br>____ Overruled |

Walmart respectfully requests the Court sustain its objections to Mr. Lyon's Declaration, in whole, including the evidence identified above. If the Court is inclined to consider the portions of the Lyon Declaration as to which Walmart

1  objects, Walmart respectfully requests an opportunity to depose Mr. Lyon, and to
2  file a sur-reply to Plaintiff's motion for class certification.

Dated: January 17, 2025                    DAVIS WRIGHT TREMAINE LLP

                                           By: */s/ Jacob M. Harper*
                                                Jacob M. Harper

                                           *Attorneys for Defendant*
                                           Walmart Inc.

4

OBJECTIONS TO LYON DECL.