UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-08211-RGK-MARx | Date | January 27, 2025 |
|---|---|---|---|
| Title | Eddie Golikov v. Walmart, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Marea Woolrich | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Jacob Harper |

**Proceedings:** **SCHEDULING CONFERENCE (Not Held)/STATUS CONFERENCE**

Case called. Counsel for defendant makes his appearance. No appearance is made by or on behalf of Plaintiff. On second call, counsel for defendant makes his appearance but no appearance made by or on behalf of Plaintiff.

The Court sets an Order to Show Cause Hearing for February 10, 2025, at 9:00 a.m. to determine why the complaint should not be dismissed for lack of prosecution. A written response is due on or before February 3, 2025.

The Scheduling Conference is continued to February 10, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

|  | : | 02 |
|---|---|---|
| Initials of Preparer | jre | |