UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>Defendant. | Case No. 24-cv-08211-RGK-MAR<br><br>**DECLARATION OF EDIE GOLIKOV IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT WALMART'S MOTION TO COMPEL ARBITRATION** |

# DECLARATION OF EDIE GOLIKOV

I, Edie Golikov, declare and state as follows:

1. I am the named Plaintiff in this action. I live in Los Angeles County, California. I make this declaration from my own personal knowledge and could competently testify to the following facts.

2. I have purchased bottles of Great Value Avocado Oil from both the online Walmart store and physical Walmart stores. I have purchased Great Value Avocado Oil in person from brick-and-mortar Walmart stores multiple times a year for years (including between 2021 and 2024), including from the Walmart store in West Hills, California, near my home in Tarzana, California. Each time I purchased the product, the package prominently stated "Avocado Oil." I read and relied on this statement, and believed I was purchasing pure unadulterated avocado oil. Since becoming aware that Walmart Great Value Avocado Oil is adulterated, I stopped purchasing avocado oil from Walmart.

3. I have an account with Walmart.com. I set up the account under my name "Edie Golikov" with my "Tarzana" address. On the following pages are two photos of my computer screen I took while on my Walmart.com account to show this identifying information from my account.

GOLIKOV DECLARATION

1



GOLIKOV DECLARATION

2



I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2025, at Tarzana, California.

Dated: 5/19/2025

By: *Edie Golikov* (DocuSigned, 4599E24D18334C2...)

Edie Golikov