JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
JAMES H. MOON (State Bar No. 268215)
  jamesmoon@dwt.com
HEATHER F. CANNER (State Bar No. 292837)
  heathercanner@dwt.com
JOSEPH ELIE-MEYERS (State Bar No. 325183)
  josepheliemeyers@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No. 2:24-CV-08211-RGK-MAR<br><br>Assigned to Honorable R. Gary Klausner<br><br>**DEFENDANT WALMART INC.'S AMENDED NOTICE OF MOTION TO CLARIFY, OR TO DECERTIFY CLASSES**<br><br>**Old Date: July 28, 2025**<br>**New Date: August 4, 2025**<br>Time: 9:00 a.m.<br>Ctrm.: 850<br><br>Action Filed: September 24, 2024 |

WALMART'S **AMENDED** NOTICE OF MOTION TO CLARIFY, OR TO DECERTIFY CLASSES

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on <u>**August 4, 2025, at 9:00 a.m**</u>.[1], or as soon thereafter as the matter may be heard before the Honorable R. Gary Klausner of the above-titled Court, located at 255 East Temple Street, Los Angeles, CA 90012, Courtroom 850, 8th Floor, defendant Walmart Inc. (Walmart) will and hereby does move this Court for an order (1) clarifying its June 10, 2025 Order Re: Motion to Compel Arbitration and Stay Proceedings (Dkt. 81) (Order), pursuant to Federal Rule of Civil Procedure (Rule) 60(a); or (2) decertifying the previously certified classes, pursuant to Rule 23(c).  ***Other than this Amended Notice, the substantive briefing and materials (at Dkt. 82) remain the same.***

Walmart requests clarification to confirm that the previously certified classes were decertified pursuant to the Order given that the Court ordered the only named plaintiff and class representative in this action to individually arbitrate her claims based on the parties' arbitration clause and class action waiver.  The Order also denied the parties' joint stipulation to stay class notice as moot and removed all pending dates and hearings from the calendar.

In the alternative, if the Court did not intend for the Order to decide the status of the classes, Walmart hereby moves to decertify the classes based on the new Order, which negates the various requirements of Federal Rule of Civil Procedure 23 that Ms. Golikov has a continuing burden to show remain satisfied even after an initial certification order.

Absent dismissal, clarification, or decertification, the headless classes will remain in limbo.  An order now will also moot Walmart's pending Rule 23(f)

---

[1] On June 30, 2025, Walmart noticed this Motion for a hearing on July 28, 2025, which was 28 days from the originally filed notice. Dkt. 82.  Walmart now files this **amended** notice at the request of Ms. Golikov's lead trial counsel, Richard Lyon, who states he is on family vacation.  This **amended** notice now requests a hearing date of August 4, 2025, which remains within 35 days from the original June 30, 2025 filing date and conforms to the Court's requirement that notices of motion "shall be filed with the Clerk not later than twenty-eight (28) days, and no earlier than thirty-five (35) days, before the date set for hearing." Standing Order at 3 para. 6.

1

WALMART'S **AMENDED** NOTICE OF MOTION
TO CLARIFY, OR TO DECERTIFY CLASSES

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

petition to the Ninth Circuit regarding its substantive challenges to class certification.

This Motion is based upon this <u>Amended</u> Notice of Motion, the previously-filed Memorandum of Points and Authorities (Dkt. 82), the previously-filed Declaration of Jacob Harper and exhibits thereto (Dkts. 82-1 – 82-6), and any other evidence or argument which the Court may consider.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 17 and 20, 2025.  Dkt. 82-1, Harper Decl. ¶ 6.

DATED:  July 7, 2025                                          DAVIS WRIGHT TREMAINE LLP

By: /s/ Jacob M. Harper
    Jacob M. Harper

*Attorneys for Defendant Walmart Inc.*

2

WALMART'S **AMENDED** NOTICE OF MOTION TO CLARIFY, OR TO DECERTIFY CLASSES

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899