1   JACOB M. HARPER (State Bar No. 259463)
      jacobharper@dwt.com
2   JAMES H. MOON (State Bar No. 268215)
      jamesmoon@dwt.com
3   HEATHER F. CANNER (State Bar No. 292837)
      heathercanner@dwt.com
4   JOSEPH ELIE-MEYERS (State Bar No. 325183)
      josepheliemeyers@dwt.com
5   DAVIS WRIGHT TREMAINE LLP
    350 South Grand Avenue, 27th Floor
6   Los Angeles, California 90071
    Telephone: (213) 633-6800
7   Fax: (213) 633-6899

8   Attorneys for Defendant
    WALMART INC.

9

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                 **WESTERN DIVISION**

14

15   EDIE GOLIKOV, individually and on       Case No. 2:24-CV-08211-RGK-MAR
     behalf of all others similarly situated,
16                                            Assigned to Honorable R. Gary
                                              Klausner
17              Plaintiff,

18        v.                                  **DEFENDANT WALMART INC.'S
                                              RESPONSE TO PLAINTIFF EDIE
19   WALMART INC.,                            GOLIKOV'S UNTIMELY
                                              RESPONSE TO MOTION TO
20              Defendant.                    CLARIFY, OR TO DECERTIFY
                                              CLASSES**
21
                                              Date:   July 28, 2025
22                                            Time:   9:00 a.m.
                                              Ctrm.:  850
23
                                              Action Filed: September 24, 2024
24

25

26

27

28

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

WALMART'S RESPONSE TO LATE RESPONSE TO MOTION
TO CLARIFY, OR TO DECERTIFY CLASSES

1    Defendant Walmart Inc. (Walmart) hereby provides notice that—if the Court

2 does not strike plaintiff Edie Golikov's Response to Walmart's Motion to Clarify or

3 to Decertify Class (Dkt. No. 86, filed 6:19pm on July 14, 2025) as untimely—

4 Walmart intends to file a Reply within one week, on or before July 21, 2025.

5    Ms. Golikov's Response was not timely filed.  Local Rule 7-9 requires filing

6 of opposition papers "not later than twenty-one (21) days before the date designated

7 for the hearing of the motion."  Walmart's Motion to Clarify, or to Decertify Classes

8 (the Motion) was noticed and set for hearing July 28, 2025, and remains so after the

9 Court struck the Amended Notice (filed at the request of Counsel for Ms. Golikov,

10 *see* footnote 1 of the Amended Notice) (Dkt. 83.)  Her Response was due no later

11 than July 7, 2025, but she did not file her Response until ***today***, July 14, 2025.

12    Ms. Golikov's late-filed Response prevents, in turn, Walmart from filing a

13 timely Reply under the Local Rules, which permit at least one week to reply to the

14 opposition, meaning filing 14 days before the hearing, or today, July 14, 2025.  Ms.

15 Golikov's Response currently leaves fewer than 6 hours for Walmart to file a Reply

16 after Ms. Golikov's Response.  If the Court considers Ms. Golikov's Response

17 without providing an additional week for Walmart to respond, Walmart would suffer

18 extreme prejudice.  Walmart objects to consideration of Ms. Golikov's one-week-

19 late-filed Response without providing a similar week for Walmart to file its reply.

20    If the Court considers the Response, Walmart intends to file a Reply in

21 support of the Motion—including a response to Counsel's declaration (Dkt. 86-1)—

22 within one week from today, not later than July 21, 2025.

23

24 DATED:  July 14, 2025                    DAVIS WRIGHT TREMAINE LLP

25                                          By: /s/ Jacob M. Harper
                                                Jacob M. Harper
26

27                                          *Attorneys for Defendant*
                                            *Walmart Inc.*
28

1

WALMART'S RESPONSE TO LATE OPPOSITION TO MOTION
TO CLARIFY, OR TO DECERTIFY CLASSES

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

1

## <u>CERTIFICATION</u>

2      The undersigned counsel of record for Walmart Inc. certifies that this brief

3   contains 289 words, which complies with the word limit of L.R. 11-6.1 and the

4   Court's Standing Order.

5

6                                                      /s/ Jacob M. Harper

7                                                      Jacob M. Harper

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

WALMART'S RESPONSE TO LATE OPPOSITION TO MOTION
TO CLARIFY, OR TO DECERTIFY CLASSES

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899