# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-08211-RGK-MAR | Date | July 21, 2025 |
|---|---|---|---|
| Title | *Eddie Golikov v. Walmart Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Briefing Schedule on Motion to Clarify or Decertify Classes**

On June 30, 2025, Defendant filed a Motion and Notice of Motion to Clarify or Decertify Classes. (ECF No. 82.) This Motion was set for heading date on July 28, 2025. A week later, Defendant filed an Amended Notice of Motion with a new hearing date for August 4, 2025. (ECF No. 83.) Defendant explained that extended briefing was necessary to accommodate Plaintiff's counsel's schedule. The next day, the Court struck the Amended Notice of Motion, finding that it was an improper vehicle for moving the hearing date. (ECF No. 84.)

Consequently, Plaintiff filed an untimely Opposition on July 14, 2025, the same day that Defendant's Reply was due. (ECF No. 86.) Defendant filed a short Reply, requesting that the Court either disregard the untimely Opposition, or give Defendant a week to respond. (ECF No. 87.)

Given the circumstances, the Court finds it appropriate to deem Plaintiff's Opposition timely. Accordingly, the Court shall give Defendant until July 28, 2025, to file a full Reply.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | JRE/sf |