JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
HEATHER F. CANNER (State Bar No. 292837)
  heathercanner@dwt.com
JOSEPH ELIE-MEYERS (State Bar No. 325183)
  josepheliemeyers@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90017
Tel: (213) 633-6800 / Fax: (213) 633-6899

*Counsel for Defendant Walmart Inc.*

Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA  90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorney for Plaintiff Edie Golikov*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>vs.<br><br>WALMART INC.,<br><br>             Defendant. | Case No. 2:24-cv-08211-RGK-MAR<br><br>**JOINT STATUS REPORT** |

The parties submit this Joint Status Report pursuant to the Court's Order Re: Motion to Compel Arbitration and Stay Proceedings ("Order"). Dkt. 81. After entry of the Order, the parties sought clarification of whether the class claims remain intact and, alternatively, Defendant moved to decertify the class. Dkts. 82, 86, 91. On August 12, 2025, the Court granted Defendant's motion to decertify the class. Dkt. 92.

Since the decertification, the parties have engaged in discussions to explore whether they can resolve this matter without proceeding to arbitration. While those discussions remain ongoing, Plaintiff has not yet initiated arbitration.

DATED: September 8, 2025         DAVIS WRIGHT TREMAINE LLP

By: */s/ Jacob M. Harper*
Jacob M. Harper
Heather F. Canner
Joseph Elie-Meyers

*Attorneys for Defendant Walmart Inc.*

DATED: September 8, 2025         DOVEL & LUNER, LLP

By: */s/ Richard Lyon*
Richard Lyon
Christin Cho

*Attorney for Plaintiff Edie Golikov, individually and on behalf of all others similarly situated*