# EXHIBIT D

*Target* (handwritten)

# Order details

#102000234915620
Placed at 11:30 PM on Oct 9, 2023


**Fix an issue**
Get help with missing or damaged items and more


**Start a return**
Return to a store or print a free return label


**Buy it again**
Choose items from this purchase to buy again


**Get help**
Find relevant help content or contact us

## Picked up
Order Pickup at Woodland Hills


**Roma Toma...**
$1.39
Qty 1


**Sandwich B...**
$1.39
Qty 1


**Chosen Foods 1...**
$13.79

GOLIKOV000001

9/19/24, 6:35 AM    Case 2:24-cv-08211-RGK-MAR    Document 94-5    Filed 09/29/25    Page 3 of 3    Page ID
Order details - walmart.com
#:2145

# Nov 14, 2021 order | Order# 5892143-705357

Print | Have an issue with your order? Get help



**Delivery**

**Delivered on Nov 16**

Delivery

**1 item**



Great Value Refined Avocado Oil, 25.5 fl oz   $8.23

Qty 1

Add to cart

Review item

## More from this order



Delivery from store

**Delivered on Nov 16**

**1 item**



Great Value Fresh Seal Double Zipper Storage   $2.97
Bags, Gallon, 60 Count

5.0¢/ea

Qty 1