Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WALMART INC.,<br><br>*Defendant*. | Case No. 2:24-cv-08211-RGK-MAR<br><br>**DECLARATION OF CHRISTIN CHO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT WALMART'S MOTION FOR SANCTIONS**<br><br>Date: November 3, 2025<br>Time: 9:00 a.m.<br>Dept.: Courtroom 850<br><br>Assigned to the Hon. R. Gary Klausner<br><br>Complaint filed: September 24, 2024 |

**DECLARATION OF CHRISTIN CHO**

I, Christin Cho, declare and state as follows:

1. I am a member in good standing of the bar of the state of California and a partner in the law firm of Dovel & Luner, LLP. I represent Plaintiff Edie Golikov in the above-referenced matter.

2. In September 2024, I was working on a number of potential avocado oil cases with my team. One of the cases I was working on was this case.

3. I was aware that the Plaintiff, Ms. Golikov, had purchased Great Value avocado oil both online and in-store at Walmart.

4. I prepared the initial complaint for this case, with assistance from my staff. A staff member filled in November 14, 2021, as the date of an in-store purchase. Because I knew that Ms. Golikov had made in-store purchases during the class period, the sentence identifying the November 14, 2021, purchase as in-store did not jump out at me as potentially inaccurate. I did not realize that the November 14 date corresponded to an online purchase, and not an in-store purchase, and did not double-check that fact. The initial complaint was therefore filed with that inadvertent error.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of October, 2025, in Santa Monica, California.

Christin Cho: