# EXHIBIT 6

# Rick Lyon

| | |
|---|---|
| **From:** | Rick Lyon |
| **Sent:** | Friday, April 25, 2025 9:45 AM |
| **To:** | Harper, Jacob |
| **Subject:** | Golikov v Walmart - no need for motion to quash |

Jakob,

To confirm our call yesterday, my understanding is that you do not intend to pursue my deposition at this time and there is no need for me to file a motion to quash.

Best regards,
Rick