JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
HEATHER F. CANNER (State Bar No. 292837)
  heathercanner@dwt.com
JOSEPH ELIE-MEYERS (State Bar No. 325183)
  josepheliemeyers@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90017
Tel: (213) 633-6800 / Fax: (213) 633-6899

*Counsel for Defendant Walmart Inc.*

Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorney for Plaintiff Edie Golikov*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 2:24-cv-08211-RGK-MAR<br><br>**JOINT STATUS REPORT** |

The parties submit this Joint Status Report pursuant to the Court's Order Re: Motion to Compel Arbitration and Stay Proceedings ("Order"), which ordered the partes to jointly file a status report every 90 days from the date of the order. Dkt. 81.

Since the last Joint Notice (Dkt. 93), Defendant filed a Motion for Sanctions. Dkt. 94. The Court granted the Motion and ordered supplemental briefing on the reasonability of attorney's fees. Dkt. 98 (Order re Sanctions). This briefing is set to be completed by December 11, 2025. Dkt. 100 (Scheduling Notice and Order). The parties also continue to explore whether they can resolve this matter, and Plaintiff has not yet initiated arbitration.

DATED: December 8, 2025          DAVIS WRIGHT TREMAINE LLP

By: */s/ Jacob M. Harper*
Jacob M. Harper
Heather F. Canner
Joseph Elie-Meyers

*Attorneys for Defendant Walmart Inc..*

DATED: December 8, 2025          DOVEL & LUNER, LLP

By: */s/ Christin Cho*
Richard Lyon
Christin Cho

*Attorney for Plaintiff Edie Golikov*