1 Richard Lyon (Cal. Bar No. 229288)
2 rick@dovel.com
  Christin Cho (Cal. Bar No. 238173)
3 christin@dovel.com
4 DOVEL & LUNER, LLP
  201 Santa Monica Blvd., Suite 600
5 Santa Monica, California 90401
6 Telephone: (310) 656-7066
  Facsimile: +1 (310) 656-7069
7
8 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDIE GOLIKOV, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-08211-RGK-MAR |
|---|---|
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO STAY SANCTIONS** |
| v. | Date: March 2, 2026<br>Time: 9:00 a.m.<br>Courtroom: 850 |
| WALMART INC., | |
| *Defendant*. | Assigned to the Hon. R. Gary Klausner |
| | Complaint filed: September 24, 2024 |

# [PROPOSED] ORDER

Before the Court is Plaintiff's Counsel's Motion to Stay. It seeks a stay of enforcement of the sanctions order while the petition for writ of mandamus is pending. Having considered the Motion, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated:_____          _____
                                       HON. R. GARY KLAUSNER
                                       UNITED STATES DISTRICT JUDGE