**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDIE GOLIKOV<br><br>PLAINTIFF(S)<br><br>v.<br><br>WALMART INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–08211–RGK–MAR<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| _1/27/2026_ | / | _105_ | / | _Motion to Stay_ |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Memorandum lacks meet and confer certification in violation of L.R. 7–3.

Dated: January 28, 2026         By: /s/ *R. Gary Klausner*
                                    U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)