Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>WALMART INC.,<br><br>   *Defendant.* | Case No. 2:24-cv-08211-RGK-MAR<br><br>**DECLARATION OF RICK LYON IN SUPPORT OF PLAINTIFF'S COUNSEL'S NOTICE OF MOTION AND MOTION TO STAY SANCTIONS**<br><br>Date: March 2, 2026<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Assigned to the Hon. R. Gary Klausner<br><br>Complaint filed: September 24, 2024 |

### <u>DECLARATION OF RICK LYON</u>

I, Rick Lyon, declare and state as follows:

 1. I am a partner in the law firm of Dovel & Luner, LLP, and counsel for Ms. Golikov in this matter.

 2. On December 26, 2025, I wrote to counsel for Defendant and inquired whether Defendant would agree to stay enforcement of the sanction pending appeal. On January 15, 2026, Defendant responded that Defendant would not agree. On January 23, 2026, at approximately 2:00 p.m., I met and conferred with counsel for Walmart, Mr. Jacob Harper, regarding this motion. I explained the basis for motion, as set forth in the motion. Mr. Harper informed me that Defendant would oppose.

 3. Attached as **Exhibit 1** is the email correspondence between myself and Mr. Harper scheduling the January 23, 2026 meet and confer.

 4. Attached as **Exhibit 2** is the Petition for a Writ of Mandamus filed on January 16, 2026, in *Cho, et al. v. United States District Court for the Central District of California, Los Angeles*, No. 26-364, in the United States Court of Appeals for the 9th Circuit.

 I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2026, at Santa Monica, California.

Rick Lyon: