# EXHIBIT 1

**Rick Lyon**

| | |
|---|---|
| **From:** | Rick Lyon |
| **Sent:** | Thursday, January 22, 2026 5:48 PM |
| **To:** | Jacob Harper |
| **Subject:** | Re: Golikov / Walmart sanctions |

Great. I'll call you at 2pm.

> On Jan 22, 2026, at 5:41 PM, Harper, Jacob <JHarper@dwt.com> wrote:
>
> Yes, any time after 1:30.
>
> **Jacob Harper**
> **Partner |** Davis Wright Tremaine LLP
> **P** 213.633.6863  **E** jharper@dwt.com
> **A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
>
> **From:** Rick Lyon <rick@dovel.com>
> **Sent:** Thursday, January 22, 2026 5:19:16 PM
> **To:** Harper, Jacob <JHarper@dwt.com>
> **Subject:** RE: Golikov / Walmart sanctions
>
> **[EXTERNAL]**
>
> Jacob, following up on this. Is there a time that works tomorrow? Thanks.
>
> **From:** Rick Lyon
> **Sent:** Wednesday, January 21, 2026 11:49 AM
> **To:** 'Harper, Jacob' <JHarper@dwt.com>
> **Subject:** RE: Golikov / Walmart sanctions
>
> How is tomorrow at 2pm?
>
> **From:** Harper, Jacob <JHarper@dwt.com>
> **Sent:** Wednesday, January 21, 2026 10:01 AM
> **To:** Rick Lyon <rick@dovel.com>
> **Subject:** Re: Golikov / Walmart sanctions
>
> Hi Rick,
> I'm jammed up today. Would tomorrow work? Free most of the day.

**Jacob Harper**
**Partner |** Davis Wright Tremaine LLP
**P** 213.633.6863  **E** jharper@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

---

**From:** Rick Lyon <rick@dovel.com>
**Sent:** Wednesday, January 21, 2026 9:29:04 AM
**To:** Harper, Jacob <JHarper@dwt.com>
**Subject:** RE: Golikov / Walmart sanctions

**[EXTERNAL]**

Jacob, we will be filing a motion to stay enforcement. Can you advise on your availability for a meet and confer?

---

**From:** Harper, Jacob <JHarper@dwt.com>
**Sent:** Thursday, January 15, 2026 1:00 PM
**To:** Rick Lyon <rick@dovel.com>
**Subject:** Re: Golikov / Walmart sanctions

Hi Rick,

Thanks for checking in. Walmart does not agree to stay enforcement. I am checking on service question.

**Jacob Harper**
**Partner |** Davis Wright Tremaine LLP
**P** 213.633.6863  **E** jharper@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071

---

**From:** Rick Lyon <rick@dovel.com>
**Sent:** Thursday, January 15, 2026 12:53:02 PM
**To:** Harper, Jacob <JHarper@dwt.com>
**Subject:** RE: Golikov / Walmart sanctions

**[EXTERNAL]**

Jacob,

I am following up this.

Also, we will be filing a Mandamus Petition later today or tomorrow. Can you confirm that we can serve you with the Petition via email.

Thanks,
Rick

2

**From:** Harper, Jacob <JHarper@dwt.com>
**Sent:** Tuesday, December 30, 2025 8:32 AM
**To:** Rick Lyon <rick@dovel.com>
**Subject:** RE: Golikov / Walmart sanctions

Hi Rick,

Thanks for checking in. I am checking with the client and will get back to you soon—probably in the next few days.

Jacob

**Jacob Harper**
**Partner,** Davis Wright Tremaine LLP

**P** 213.633.6863  **E** jharper@dwt.com
**A** 350 South Grand Avenue, 27th Floor, Los Angeles, CA 90071
**DWT.COM**

**From:** Rick Lyon <rick@dovel.com>
**Sent:** Monday, December 29, 2025 10:28 PM
**To:** Harper, Jacob <JHarper@dwt.com>
**Subject:** FW: Golikov / Walmart sanctions

**[EXTERNAL]**

Jacob, just following up on my message below.

Thanks,
Rick

**From:** Rick Lyon
**Sent:** Friday, December 26, 2025 2:25 PM
**To:** jacobharper@dwt.com
**Subject:** FW: Golikov / Walmart sanctions

Jacob,

I hope you are enjoying the holidays.

I am writing to see if Walmart will agree to stay payment of the sanctions award pending appeal.

Best regards,
Rick

3