Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WALMART INC.,<br><br>*Defendant*. | Case No. 2:24-cv-08211-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO STAY SANCTIONS**<br><br>Date: March 2, 2026<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>Assigned to the Hon. R. Gary Klausner<br><br>Complaint filed: September 24, 2024 |

[Proposed] Order                                    Case No. 2:24-cv-08211-RGK-MAR

1 **[PROPOSED] ORDER**

2    Before the Court is Plaintiff's Counsel's Motion to Stay. It seeks a stay of
3 enforcement of the sanctions order while the petition for writ of mandamus is pending.
4 Having considered the Motion, the Court **GRANTS** the Motion.
5
6    **IT IS SO ORDERED.**
7
8 Dated:_____        _____
9                                      HON. R. GARY KLAUSNER
                                       UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28