UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CHRISTIN KYUNGSIK CHO; RICHARD ELGAR LYON III. <br><br> _____ <br><br> CHRISTIN KYUNGSIK CHO; RICHARD ELGAR LYON III, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES, <br><br> Respondent, <br><br> WALMART INC., <br><br> Real Party in Interest. | No. 26-364 <br><br> D.C. No. 2:24-cv-08211-RGK-MAR <br> Central District of California, Los Angeles <br><br> ORDER |

Before: SILVERMAN, M. SMITH, and NGUYEN, Circuit Judges.

Real party in interest must file an answer to this petition for a writ of mandamus within 14 days. *See* Fed. R. App. P. 21(b).

The district court may also address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioners may file a reply within 7 days after service of the answer(s).

The clerk will place this case on the next available calendar. *See* 9th Cir. Gen. Order 3.3(f).

The clerk will send a copy of this order to the district court and Judge Klausner.