# EXHIBIT 1

| | |
|---|---|
| **From:** | ACMS@ca9.fedcourts.us |
| **To:** | courts |
| **Subject:** | Cho, et al. v. United States District Court for the Central District of California, Los Angeles 26-364 - 006 - Notice of Case Being Considered for Oral Argument |
| **Date:** | Tuesday, March 3, 2026 5:07:58 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

### Notice of Docket Activity

The following transaction was entered on 03/03/2026 5:06:12 PM PST and filed on 03/03/2026

**Case Name:** Cho, et al. v. United States District Court for the Central District of California, Los Angeles

**Case Number:** 26-364

### Docket Text:

**NOTICE:** This case is being considered for an upcoming oral argument calendar in Pasadena. Please review the Pasadena sitting dates for June 2026 and the subsequent sitting month in that location at http://www.ca9.uscourts.gov/court_sessions. Absent an irreconcilable conflict, the court expects you to appear and argue your case during one of these two months. If you have an irreconcilable conflict on any of the dates, please consult with opposing counsel to propose an alternate date and/or location and file Form 32 (http://www.ca9.uscourts.gov/forms/form32.pdf) within 3 business days of this notice using the ACMS filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions (http://www.ca9.uscourts.gov/forms/form32instructions.pdf) carefully.
If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a motion within 3 business days of this notice, using the filing type: **Motion to Refer to Mediation**.
You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date. [26-364] [Entered: 03/03/2026 05:06 PM]

### Notice will be electronically mailed to:

Mr. Jacob Harper ; estelajimenez@dwt.com, jacobharper@dwt.com, lit-docket@dwt.com, linapearmain@dwt.com
Ms. Heather F. Canner Esquire; vanessapalma@dwt.com, heathercanner@dwt.com
Mr. James H. Moon Esquire; jamesmoon@dwt.com, lit-docket@dwt.com, yvettemerino@dwt.com
Joseph Elie-Meyers ; lit-docket@dwt.com, josepheliemeyers@dwt.com, nichelegoitia@dwt.com

Matthew Ladew ; dianeyee@dwt.com, mattladew@dwt.com
Richard Elgar Lyon III ; courts@dovel.com, courts@dovel.com, rick@dovel.com, rick@dovel.com

**Case participants listed below will not receive this electronic notice:**

Christin Kyungsik Cho Dovel and Luner LLP 201 Santa Monica Boulevard Suite 600 Santa Monica, CA 90401