UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>     Defendant. | Case No. 2:24-cv-08211-RGK-MAR<br><br>**UNDERTAKING PURSUANT TO FRCP RULE 62** |

**SUPERSEDAS BOND**

**KNOW ALL MEN BY THESE PRESENTS,** that we, Christin Cho Hires and Richard Lyon, as principals, and U.S. Specialty Insurance Company, a Texas domiciled insurer and admitted to execute surety bonds in the state of California, having a principal place of business at 801 South Figueroa Street, Suite 700, Los Angeles, CA 90017, and duly authorized by the Secretary under 31 U.S.C. § 9305, as Surety, are hereby jointly and severally bound unto Defendant Walmart Inc., as Obligee, in the sum of Six Hundred Twenty-Three Thousand Seven Hundred Thirty-Eight and 70/100 Dollars ($623,738.70).

**WHEREAS,** in the United States District Court for the Central District of California an attorney's fees sanctions order was ordered on December 19th 2025 (Docket No. 104), such award was rendered in the amount of Six Hundred Twenty-Three Thousand Seven Hundred Thirty-Eight and 70/100 Dollars ($623,738.70) against the principals. The principals do hereby post this Supersedeas Bond to stay the sanctions order pending adjudication of the Petition for Writ of Mandamus as ordered by the United States District Court for the Central District of California on March 10th, 2026, pursuant to Rule 62 of the Federal Rules of Civil Procedure and Docket No. 113.

**NOW, THEREFORE,** the condition of this obligation is that if said principals shall satisfy the award in full, together with costs and interest if the award is affirmed, or shall satisfy in full such award as modified together with such costs and interest as the court of appeals may adjudge and award, or the court of appeals reverses the award in its entirety and no monetary award is entered against the principals, then this obligation shall be void. Otherwise, this obligation shall remain in full force and effect.

Notwithstanding, the Surety's liability shall not exceed the sum of the bond.

Signed, sealed and dated this 20th day of March, 2026

**Bond No. 1001234017**

U.S. Specialty Insurance Company

_____
Shaunna Rozelle Ostrom, Attorney-in-Fact

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Orange_____ )

On _____March 20, 2026_____ before me, __Melissa Ann Vaccaro, Notary Public_____
(insert name and title of the officer)

personally appeared _____Shaunna Rozelle Ostrom_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Melissa Ann Vaccaro

MELISSA ANN VACCARO
COMM. #2401942
Notary Public-California
ORANGE COUNTY
My Comm. Expires May 12, 2026


TOKIO MARINE
H C C

# POWER OF ATTORNEY
### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

Daniel Huckabay, Arturo Ayala, Dwight Reilly, Shaunna Rozelle Ostrom, Ben Stong, Frank Morones, Adrian Langrell, Chelsea Liberatore, Robert Wood, Benjamin Wolfe, Magdalena R. Wolfe or Stephanie McClain of Orange, California

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** _____\*\*\*\*\*Seventy Five Million\*\*\*\*\*_____ Dollars ( \*\*\*$75,000,000.00\*\*\* ).
This Power of Attorney shall expire without further action on January 31st 2028. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 1st day of February 2024.



AMERICAN CONTRACTORS INDEMNITY COMPANY, TEXAS BONDING COMPANY, UNITED STATES SURETY COMPANY, U.S. SPECIALTY INSURANCE COMPANY

By: _____
Daniel P. Aguilar, Vice President

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On this 1st day of February 2024, before me, D. Littlefield, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

> D. LITTLEFIELD
> Notary Public - California
> Los Angeles County
> Commission # 2478570
> My Comm. Expires Jan 31, 2028

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this \_\_\_20th\_\_\_ day of_____March_____, 20 26 \_\_\_\_\_.

Bond No. 1001234017
Agency No. _____8472_____

  

Kio Lo, Assistant Secretary

visit tmhcc.com/surety for more information

HCCSMANPOA02/2024



**DEPARTMENT OF THE TREASURY**

BUREAU OF THE FISCAL SERVICE

WASHINGTON, DC 20227

Michael J. Schell, President
U.S. Specialty Insurance Company
13403 Northwest Freeway
Houston, TX 77040

Dear Michael J. Schell:

Your Company's Certificate of Authority to qualify as an acceptable surety and/or reinsurer on Federal bonds is hereby renewed and will remain in effect until July 31, 2026, unless revoked prior to that date.

On the basis of our review of the Company's Annual Financial Statement as of the close of the last calendar year, the following underwriting limitation has been established, effective August 1, 2025, under the renewed Certificate:

| | | |
|---|---|---|
| POLICYHOLDERS' SURPLUS at December 31, 2024 | $ | 625,092,216 |
| UNDERWRITING LIMITATION | $ | 62,509,000 |

We are following the practice of making no deductions from policyholders' surplus reported where the amount of adjustment (e.g., for unauthorized reinsurance, inadequate loss reserves, etc.) would have a nominal effect on the surplus and where it has been determined that the Company is solvent per Treasury's guidelines. This practice facilitates the review work and should not be interpreted as changing or nullifying applicable Treasury requirements.

The list of approved sureties (Circular 570) is available on our website at
https://www.fiscal.treasury.gov/surety-bonds/list-certified-companies.html. Please disseminate this information to your associates, agents, reinsurers and even Government agencies whenever possible.

If you wish to comment on the underwriting limitation established, please contact Dakota Jarrell at Dakota.Jarrell@fiscal.treasury.gov, immediately.

Sincerely,

**Bobbi S. McDonald**

Digitally signed by Bobbi S. McDonald
Date: 2025.07.01 08:57:14 -04'00'

Bobbi Sue McDonald
Manager
Surety Bond Branch