Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIE GOLIKOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WALMART INC.,<br><br>*Defendant*. | Case No. 2:24-cv-08211-RGK-MAR<br><br>**NOTICE OF POSTING OF SUPERSEDEAS BOND** |

Notice of Posting of Supersedeas Bond          Case No. 2:24-cv-08211-RGK-MAR

PLEASE TAKE NOTICE that, pursuant to the Court's Order Re: Plaintiff's Motion to Stay Sanctions (Dkt. 113), counsel for Plaintiff Edie Golikov have posted the supersedeas bond from U.S. Specialty Insurance Company with the Clerk of the Court (attention: Fiscal Department) in the full amount of the sanctions ($623,738.70) on March 24, 2026. The bond number is 1001234017.

Dated: March 24, 2026

Respectfully submitted,

By: */s/ Rick Lyon*
Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Christin Cho (Cal. Bar No. 238173)
christin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

Notice of Posting of Supersedeas Bond      1      Case No. 2:24-cv-08211-RGK-MAR